FILED: December 23, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-7203
(1:13-cr-00435-TDS-1)
(1:22-cv-00074-TDS-JLW)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BRIAN DAVID HILL

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:13-cr-00435-TDS-1<br>1:22-cv-00074-TDS-JLW |
| Date notice of appeal filed in originating court: | 12/16/2024 |
| Appellant | Brian Hill |
| Appellate Case Number | 24-7203 |
| Case Manager | Anisha Walker<br>804-916-2704 |